IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TOMMY PORTER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1090

Opinion filed June 23, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Robert Groeb, Judge.

Nancy A. Daniels, Public Defender, Tallahassee, and Anne M. Rush, of Law Office of Robert A. Rush, P.A., Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.